UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI HUU HUYNH,

    Plaintiff,

    v.

C. MARTELLA, et al.,

    Defendants.

Case No. 22-cv-00812-RS (PR)

**ORDER REOPENING ACTION**

This action, along with several other suits filed by plaintiff, was stayed and referred for settlement. (Dkt. No. 11.) This action did not settle. (Dkt. No. 13.) Accordingly, the stay is DISSOLVED and the action is REOPENED. The Clerk shall reopen the action. The complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** October 19, 2023

_____
RICHARD SEEBORG
Chief United States District Judge