UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI HUU HUYNH,

    Plaintiff,

    v.

C. MARTELLA, et al.,

    Defendants.

Case No. 22-cv-00812-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not filed an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint that appears on this Court's form and complies with the instructions in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 4, 2025

_____
RICHARD SEEBORG
Chief United States District Judge